# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID K. KRIES, and GARY MONDESIR, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 17-cv-1464-GPC-BGS<br><br>**ORDER CONSOLIDATING CASES** |
| CANDACE MITCHELL, et al., on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendant. | Case No. 17-cv-2014-GPC-BGS<br><br>(Consolidated with 18-cv-1464-GPC-BGS) |

1

|   |   |
|---|---|
| ALBERTO ARELLANO, MAICO ALEJO, and GARY OLLISON, on behalf of themselves and all other employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO,<br><br>Defendant. | Case No. 18-cv-0229-GPC-BGS<br><br>(Consolidated with 17-cv-2014-GPC-BGS) |

Before the Court is a Joint Motion to Consolidate Cases brought by all parties to consolidate the *Kries, et al. v. City of San Diego* case with the *Mitchell* and *Arellano* cases for purposes of discovery and cross-motions for summary judgment. ECF No. 546.

Upon review of the moving papers, **IT IS HEREBY ORDERED** that the related *Kries, et al. v. City of San Diego* case should now be consolidated with the *Mitchell* and *Arellano* cases for purposes of discovery and cross-motions for summary judgment

**IT IS SO ORDERED.**

Dated:  July 10, 2019

Hon. Gonzalo P. Curiel
United States District Judge